UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PHILIP J. BOWMAN and JEANINE BOWMAN,

Plaintiffs,

v.

LECHASE CONSTRUCTION SERVICES, LLC,
LECHASE CONSTRUCTION CORP.,
LECHASE BUILDING SYSTEMS CORP.,
LECHASE DEVELOPMENT CORP., and
CORNELL UNIVERSITY,

Defendants.

~AMENDED~
**STIPULATION
AND ORDER
OF DISMISSAL**

**Civ. No.:** 5:09-cv-778

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other. No infant is a party to this action. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 14, 2011

DATED: March 15, 2011

POWERS & SANTOLA, LLP

By: _____
Patrick J. Higgins, Esq.
USDC NDNY Bar Roll No.: 101975
*Attorneys for Plaintiffs*
39 N. Pearl Street, 2nd Floor
Albany, New York 12207
518.465.5995

WOODS OVIATT GILMAN LLP

By: _____
William P. Smith, Esq.
USDC NDNY Bar Roll No.: 301748
*Attorneys for Defendant*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800

**SO ORDERED:**

DATED:   March _____, 2011
         Syracuse, New York

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: March 16, 2011

{LeChase-Bowman Stipulation of Dismissal (1216107):}